# Court of Appeals
# of the State of Georgia

ATLANTA, January 08, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0932. ANDREW JOHN VOIGHT v. THE STATE.**

Andrew John Voight entered into a non-negotiated plea agreement with the State, pursuant to which he pleaded guilty to 10 counts of sexual exploitation of children. On October 9, 2025, the trial court entered a judgment of conviction and sentenced Voight to a term of 100 years, with 85 years to be served in confinement and the balance on probation. Voight then filed this direct appeal. We lack jurisdiction.

Effective May 14, 2025, a defendant seeking to appeal a conviction entered following a guilty plea must file an application for discretionary appeal. See OCGA § 5-6-35(a)(5.3); see also *Hester v. State*, ___ Ga. App. ___ (Case No. A26A0903, Dec. 11, 2025). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). And "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (889 SE2d 343) (2023) (citation and punctuation omitted). Consequently, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 01/08/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*